**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:20-cv-03012-LTB-NYW

BOHDAN PONOMARENKO AND YEKATERINA MIRONOVA,

    Plaintiffs,

v.

I.Q. DATA INTERNATIONAL, INC.,

    Defendant.

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that BOHDAN PONOMARENKO AND YEKATERINA MIRONOVA ("Plaintiffs") and I.Q. DATA INTERNATIONAL, INC. ("Defendant"), hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

| | |
|---|---|
| DATED: November 4, 2021 | Respectfully submitted, |
| | By: */s/ Majdi Y. Hijazin* |
| | Majdi Y. Hijazin, Of Counsel<br>Counsel for Plaintiffs<br>Sulaiman Law Group, Ltd.<br>2500 S. Highland Avenue, Suite 200<br>Lombard, IL 60148<br>Phone: (630) 575-8181<br>Fax: (630) 575-8188<br>mhijazin@hijazinlaw.com |