# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03012-LTB-NYW

BOHDAN PONOMARENKO AND YEKATERINA MIRONOVA,

    Plaintiffs,

v.

I.Q. DATA INTERNATIONAL, INC.

    Defendant.

## **STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs, BOHDAN PONOMARENKO AND YEKATERINA MIRONOVA and the Defendant I.Q. DATA INTERNATIONAL, INC., through their respective counsel that the above-captioned action is dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41. In 60 days, if no additional motion is filed, the dismissal shall convert to with prejudice. Each party shall bear its own costs and attorney fees.

Dated: December 3, 2021            Respectfully Submitted,

| | |
|---|---|
| BOHDAN PONOMARENKO AND YEKATERINA MIRONOVA | I.Q. DATA INTERNATIONAL, INC. |
| | */s/ Christine M. Kroupa (with consent)* |
| */s/ Majdi Y. Hijazin* | Christine M. Kroupa, Esq. |
| Majdi Y. Hijazin, Of Counsel | GORDON &REES LLP |
| Counsel for Plaintiffs | 555 Seventeenth Street, Suite 3400 |
| Sulaiman Law Group, Ltd. | Denver, Colorado 80202 |
| 2500 S. Highland Avenue, Suite 200 | Telephone: (303) 534-5160 |
| Lombard, IL 60148 | ckroupa@gordonrees.com |
| Phone: (630) 575-8181 | |
| Fax: (630) 575-8188 | |
| mhijazin@hijazinlaw.com | |