IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No.   20-cv-03012-LTB-NYW

BOHDAN PONOMARENKO, and
YEKATERINA MIRONOVA,

       Plaintiffs,

v.

I.Q. DATA INTERNATIONAL, INC.,

       Defendant.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal (Doc 24 - filed December 3, 2021), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                        BY THE COURT:

                        s/Lewis T. Babcock
                        Lewis T. Babcock, Judge

DATED:   December 7, 2021